# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kathy Branham, Individually and as the Personal Representative of the Estate of Vernon Dean Branham, ) ) ) ) | CASE NO.: 1:21-cv-2867-JD-SVH |
| Plaintiff, ) ) | **PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |
| vs. ) ) | |
| Ashley English, Lynn Davis, Tamika Lewis, Kindra Bouknight, Allen McCoy, Susan Keener, Joyce Kelly, Matthew Haldeman, M.D., Britana Brown, David Morgan, and Timothy Mathis, ) ) ) ) ) ) | |
| Defendants. ) ) | |

1. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **RESPONSE:**

    **Plaintiff is unaware of any subrogation interest of any persons or legal entities at this time.**

2. As to each claim, state whether it should be tried by jury or nonjury and why.

    **RESPONSE:**

    **At this time, the Plaintiff would respectfully request a jury trial.**

3. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:**

**Not applicable.**

4. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:**

**The acts and/or omissions giving rise to this lawsuit developed and/or began in Winnsboro, South Carolina, in Fairfiled County, which is in the Columbia Division of the South Carolina Federal Court Division.**

5. Is this action related, in whole or in part, to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related, regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involved the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**RESPONSE:**

**No**

---

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet. Although the Civil Cover Sheet requires only that you disclose *pending* related cases, this interrogatory and this District's assignment procedures require disclosure of *any prior* or *pending* related case whether civil or criminal. Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS44 Civil Cover Sheet.

|  |  |
|---|---|
|  | ELLIOTT, PHELAN & KUNZ, LLC |
|  | __s/ Andrew W. Kunz___<br>Andrew W. Kunz<br>U.S.D.C. Bar #: 11198<br>Elliott, Phelan & Kunz, LLC<br>P.O. Box 1405<br>Georgetown, SC  29442 |
| September 3, 2021 | (843) 546-0650 (phone) |
| Georgetown, SC | andrew@elliottphelanlaw.com |
|  | *ATTORNEY FOR THE PLAINTIFF* |